**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00191-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

The Court has before it appellant's August 15, 2013 "amended unopposed motion for leave to file appellant's brief in excess of word count and page limits imposed by the Texas Rules of Appellate Procedure and the Local Rules of this Court." We **DENY** the motion.

/s/      ELIZABETH LANG-MIERS
              JUSTICE